IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD C. HOSKINSON, | § § § | |
| *Plaintiff*, | § § | SA-21-CV-01288-FB |
| vs. | § § § | |
| JAMES CHATHAM, JOYCE CHATHAM, DEANNA L. RECTOR-HOSKINSON, | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned pursuant to a Standing Order for disposition of Plaintiff's motion to proceed *in forma pauperis*. On this day, the undersigned recommended Plaintiff's motion be denied. Because all matters for which this case was referred have been ruled upon,

**IT IS HEREBY ORDERED** that this case is **RETURNED** to the District Court for all purposes.

SIGNED this 24th day of January, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE